UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA ESTRADA-CONTRERA, | ) Case No. CV 14-7777-JPR )  |
| Plaintiff, | ) **JUDGMENT** ) |
| v. | ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED that (1) Plaintiff's request for an order reversing the decision of the Commissioner is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: January 28, 2016           **JEAN ROSENBLUTH**
                                  JEAN ROSENBLUTH
                                  U.S. Magistrate Judge